# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:08CR31** |
| vs. ) | |
| ) | **ORDER** |
| **MONTA ARNELL JOHNSON,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on the defendant's unopposed motion to continue trial [33]. For good cause shown,

**IT IS ORDERED** that the motion [33] is granted, as follows:

1. The trial of this matter is continued to **May 13, 2008.**

2. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **April 29, 2008 and May 13, 2008**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**DATED April 28, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**