## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR31** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **MONTA ARNELL JOHNSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on a third party's request for a transcript (Filing No. 67).

The request for a transcript of the bond review hearing held on March 4, 2008, and the sentencing hearing held on August 25, 2008, is granted, provided the third party contacts the following: Brenda Fauber, 118 S. 18th Plaza, Suite 3129, Omaha, NE 68102, to make financial arrangements for preparation of the sentencing transcript; and the Clerk to make financial arrangements for preparation of the bond review transcript. The request for expedited preparation within 7 days is granted.

IT IS ORDERED that the third party's request for a transcript (Filing No. 67) is granted under the conditions described above.

DATED this 3rd day of December, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge